**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KRAKEN SPORTS, Inc.

      Plaintiff,

    v.

EASYDIVE DI FABIO BENVENUTI

and

FABIO BENVENUTI,

      Defendants.

Civil Action No. 1:19-cv-3233

**DEFENDANTS' EASYDIVE DI FABIO BENVENUTI AND FABIO BENVENUTI
MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 12(b)**

NOW COMES Defendants EasyDive Di Fabio Benvenuti and Fabio Benvenuti ("EasyDive" or "Defendants"), by and through their undersigned counsel, and hereby moves this Court for an Order dismissing the Complaint filed by Plaintiff Kraken Sports, Inc. ("Kraken" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b) because Kraken failed to meet its burden to show that: (1) this Court has personal jurisdiction over either Defendant; (2) that venue in this Court is proper; or (3) that there is a claim for which relief can be granted. Accordingly, this Court should dismiss Kraken's complaint in its entirety under Fed. R. Civ. Proc. 12(b)(2); 12(b)(3); and/or 12(b)(6).

As more fully explained in the accompanying Memorandum of Law, which is incorporated herein by reference and filed contemporaneously with this Motion, Defendants EasyDive Di Fabio Benvenuti and Fabio Benvenuti respectfully requests that this Court enter the proposed Order

included herein and dismiss the Complaint. Moreover, since Plaintiff cannot correct these shortcomings, Plaintiff's Complaint should be dismissed with prejudice.

Dated: February 10, 2020

By: /s/ *Steven War*
Steven War  (D.C. # 477822)
War IP Law PLLC
5335 Wisconsin Ave, NW, Suite 440,
Washington, DC 20015
Telephone (202) 800-3751
Fax (202) 318-1490

*Attorney for Defendants EasyDive Di Fabio
Benvenuti and Fabio Benvenuti*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, a true and correct copy of the foregoing document was sent by the Court's ECF system to:

> Joseph Jude Zito
> ZITO, TLP
> 1250 Connecticut Avenue, NW
> Suite 700
> Washington, DC 20036
> Telephone (202) 466-3500
> jzito@dnlzito.com
>
> *Attorney for Plaintiff Kraken Sports, Inc.*

Dated: February 10, 2020                        Respectfully submitted,

> By:  /s/ *Steven War*
>
> Steven War (D.C. # 477822)
> War IP Law PLLC
> 5335 Wisconsin Ave, NW, Suite 440,
> Washington, DC 20015
> Telephone (202) 800-3751
> Fax (202) 318-1490
>
> *Attorney for Defendants EasyDive Di Fabio*
> *Benvenuti and Fabio Benvenuti*