**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **KRAKEN SPORTS, INC.,**<br><br>                          **Plaintiff,**<br><br>     **v.**<br><br>**EASYDIVE DI FABIO BENVENUTI, *et al.***<br><br>                          **Defendants.** | **Civil Action No. 19-03233 (TFH)** |

## ORDER

Having considered Defendants' motion to dismiss for lack of personal jurisdiction [ECF No. 6], Plaintiff's response [ECF No. 7], and Defendants' reply [ECF No. 8] and for the reasons set forth in the accompanying memorandum opinion, the motion to dismiss for lack of personal jurisdiction is hereby **GRANTED**.

This Court, finding that it lacks personal jurisdiction over Defendants in this matter, and that this action could have originally been brought in the United States District Court for the Eastern District of Virginia and that transfer is in the interest of justice, will transfer this matter to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1631. This action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

**SO ORDERED.**

March 24, 2021

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE