IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

KRAKEN SPORTS, INC.,
    Plaintiff,

    v.                                  Civil No. 3:21cv227 (DJN)

EASYDIVE DI FABIO
BENVENUTI, *et al.*,
    Defendants.

**ORDER**
**(Addressing Plaintiff's Amended Complaint)**

This matter comes before the Court on Plaintiff Kraken Sports, Inc.'s ("Plaintiff")

Amended Complaint (ECF No. 20). On April 13, 2021, Defendants filed a Motion to Dismiss

(ECF No. 13), moving to dismiss Plaintiff's original Complaint (ECF No. 1) for failure to state a

claim. Accordingly, under Federal Rule of Civil Procedure 15(a)(1), Plaintiff had until May 4,

2021, to file an Amended Complaint as a matter of course. Yet, Plaintiff filed its Amended

Complaint on May 6, 2021, without indicating Defendants' consent or moving for leave to

amend, as required by Rule 15. As such, the Court hereby ORDERS Plaintiff to file a pleading

setting forth why Plaintiff failed to comply with Rule 15 and why that noncompliance should not

result in striking Plaintiff's Amended Complaint (ECF No. 20) from the docket. Plaintiff shall

file its pleading not later than Wednesday, May 12, 2021. Defendants shall then have until

Monday, May 17, 2021, to file a response to Plaintiff's pleading.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: May 7, 2021

2